**RELATED, FeeDueAP, SchedF, PENAP, APPEAL**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 22−11340−mg

*Assigned to:* Judge Martin Glenn
Chapter 11
Involuntary

*Date filed:* 10/06/2022
*Plan confirmed:* 05/29/2024
*341 meeting:* 03/29/2023
*Deadline for filing claims:* 05/01/2023

| | |
|---|---|
| *Debtor*<br>**Wythe Berry Fee Owner LLC**<br>199 Lee Avenue<br>#693<br>Brooklyn, NY 11211<br>KINGS−NY<br>Tax ID / EIN: 00−0000000 | represented by **Zachary Denver**<br>Pomerantz LLP<br>600 Third Avenue<br>Ste 20th Floor<br>New York, NY 10016<br>212−661−1100<br>Email: zdenver@pomlaw.com<br>*TERMINATED: 08/28/2023*<br><br>**Janice Goldberg**<br>Herrick,<br>2 Park Avenue<br>New York, NY 10016<br>212−592−6192<br>Fax : 212−592−1500<br>Email: jgoldberg@herrick.com<br><br>**Roya Imani**<br>Herrick, Feinstein LLP<br>2 Park Ave<br>Suite 2100<br>New York, NY 10016<br>212−592−1585<br>Email: rimani@herrick.com<br><br>**Avery S Mehlman**<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016<br>212−592−5985<br>Fax : 212−545−3424<br>Email: amehlman@herrick.com<br><br>**Rodger T Quigley**<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016<br>212−592−1577<br>Email: rquigley@herrick.com<br><br>**Meaghan Roe**<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016<br>212−592−1400<br>Email: mmillan@herrick.com |

|  | | **Stephen B. Selbst**<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016<br>(212) 592–1405<br>Fax : (212) 545–2313<br>Email: sselbst@herrick.com |
|---|---|---|
|  | | **Steven B Smith**<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016<br>212–592–1474<br>Email: ssmith@herrick.com |
|  | | **Silvia A Stockman**<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016<br>212–592–1400<br>Email: sstockman@herrick.com |
| *U.S. Trustee*<br>**United States Trustee**<br>Office of the United States Trustee – NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004–1408<br>(212) 510–0500 | represented by | **Andrea Beth Schwartz**<br>DOJ–Ust<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green<br>., Room 534<br>New York, NY 10004<br>212–510–0500<br>Email: andrea.b.schwartz@usdoj.gov |

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 05/10/2024 | 341 | Stipulation */Amended and Restated Settlement Agreement* (related document(s)304) Filed by Stephen B. Selbst on behalf of Wythe Berry Fee Owner LLC. (Attachments: # 1 Redline Settlement)(Selbst, Stephen) (Entered: 05/10/2024) |
| 05/20/2024 | 364 | Amended Plan */Fourth Amended Plan of Reorganization of Wythe Berry Fee Owner LLC* (related document(s)340) filed by Stephen B. Selbst on behalf of Wythe Berry Fee Owner LLC. (Attachments: # 1 Redline to Plan)(Selbst, Stephen) (Entered: 05/20/2024) |
| 05/29/2024 | 369 | Memorandum Opinion and Order, Signed on 5/29/2024, Approving the Settlement With Zelig Weiss. (related document(s)304, 341) (Anderson, Deanna) (Entered: 05/29/2024) |
| 05/29/2024 | 370 | Memorandum Opinion, Signed on 5/29/2024, Approving the Disclosure Statement and Confirming the Fourth Amended Chapter 11 Plan of Reorganization of Wythe Berry Fee Owner, LLC. (related document(s)364, 363, 335, 333) (Anderson, Deanna) (Entered: 05/29/2024) |
| 05/29/2024 | 371 | Findings of Fact, Conclusions of Law, and Order, Signed on 5/29/2024, Approving the Disclosure Statement and Confirming the Fourth Amended Chapter 11 Plan of Wythe Berry Fee Owner, LLC. (related document(s)370) (Anderson, Deanna) (Entered: 05/29/2024) |

| | | | |
|---|---|---|---|
| 05/30/2024 | | 373 | Stipulation Regarding Amended and Restated Settlement Agreement Signed on 5/30/2024. (related document(s)372) (Anderson, Deanna) (Entered: 05/30/2024) |
| 07/01/2024 | | 400 | Letter *from Elliot Moskowitz on behalf of Yoel Goldman to Chief Judge Glenn requesting a status conference* Filed by Elliot Moskowitz on behalf of Joel Goldman. (Moskowitz, Elliot) (Entered: 07/01/2024) |
| 07/02/2024 | | 402 | Letter *in Response* (related document(s)400) Filed by Michael Friedman on behalf of Assaf Ravid. (Friedman, Michael) (Entered: 07/02/2024) |
| 07/08/2024 | | 406 | Letter */ Letter Briefing from Elliot Moskowitz to Chief Judge Glenn* Filed by Elliot Moskowitz on behalf of Joel Goldman. (Moskowitz, Elliot) (Entered: 07/08/2024) |
| 07/08/2024 | | 407 | Letter Filed by Douglas Segal on behalf of Meyer Chetrit, Meyer Chetrit. with hearing to be held on 7/9/2024 (check with court for location) (Segal, Douglas) (Entered: 07/08/2024) |
| 07/12/2024 | | 410 | Letter *From Elliot Moskowitz to Chief Judge Glenn* Filed by Elliot Moskowitz on behalf of Joel Goldman. (Moskowitz, Elliot) (Entered: 07/12/2024) |
| 07/12/2024 | | 411 | Letter (related document(s)407, 406) Filed by Douglas Segal on behalf of Meyer Chetrit. with hearing to be held on 7/9/2024 (check with court for location) (Segal, Douglas) (Entered: 07/12/2024) |
| 08/01/2024 | | 430 | Memorandum Opinion and Order, Signed on 8/1/2024, Authorizing Debtor to Comply With Restraining Notice. (related document(s)364, 369, 400) (Anderson, Deanna) (Entered: 08/01/2024) |
| 08/02/2024 | | 431 | Letter *from Elliot Moskowitz to Chief Judge Glenn regarding August 1, 2024 decision* Filed by Elliot Moskowitz on behalf of Joel Goldman. (Moskowitz, Elliot) (Entered: 08/02/2024) |
| 08/02/2024 | | 435 | Order Signed on 8/2/2024 Requiring Responses. (related document(s)431, 430) (Anderson, Deanna) (Entered: 08/02/2024) |
| 08/05/2024 | | 436 | Letter (related document(s)435) Filed by Michael Friedman on behalf of Assaf Ravid. (Friedman, Michael) (Entered: 08/05/2024) |
| 08/06/2024 | | 438 | Letter (related document(s)435) Filed by Douglas Segal on behalf of Meyer Chetrit. (Segal, Douglas) (Entered: 08/06/2024) |
| 08/14/2024 | | 440 | Notice of Appeal (related document(s)430) filed by Elliot Moskowitz on behalf of Joel Goldman. (Moskowitz, Elliot) (Entered: 08/14/2024) |
| 08/20/2024 | | 442 | ORDER OF U.S. DISTRICT COURT JUDGE DALE E. HO ON 8/20/2024. STIPULATION AND ORDER OF DISMISSAL APPEAL WITH PREJUDICE: ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT: 1. The Appeal is hereby dismissed with prejudice pursuant to Rule 8023(a) of the Federal Rules of Bankruptcy Procedure. 2. Each party shall bear its own costs. 3. For the avoidance of doubt, dismissal of the Appeal shall not prejudice any right of Mr. Goldman to object to the entry of any subsequent order in the above−captioned case not otherwise resolved by (1) the Settlement Order; (2) the Confirmation Opinion; or (3) the Confirmation Order. IT IS SO ORDERED. The Clerk of Court is respectfully requested to close |

|  |  |  | this case. (TG) (Entered: 08/20/2024) |
|---|---|---|---|
| 08/28/2024 |  | 445 | Designation of Contents (appellant). *and Statement of Issues to be Presented on Appeal* filed by Elliot Moskowitz on behalf of Joel Goldman. (Moskowitz, Elliot) (Entered: 08/28/2024) |