**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE WYTHE BERRY FEE OWNER LLC

24 **CIVIL** 6499 (AKH)

# JUDGMENT

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 13, 2025, the bankruptcy court's decision authorizing Wythe Berry to comply with the Restraining Notice is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
June 13, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**   K. mango
_____
**Deputy Clerk**